

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Emil Coffey, Jr., Appellant

No. 06-16-00180-CR       v.

The State of Texas, Appellee

Appeal from the 403rd District Court of Travis County, Texas (Tr. Ct. No. D-1-DC-15-203099). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Emil Coffey, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 13, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk